Christopher S. Hall, # 203901
Adam D. Wahlquist, # 250456
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300

Attorneys for Plaintiff
EURODRIP USA, INC.

(SPACE BELOW FOR FILING STAMP ONLY)

**FILED**

MAY 27 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURODRIP USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>B & B DRIP IRRIGATION, INC., and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:09-CV-00716-AWI-SMS<br><br>**DEFAULT JUDGMENT** |

On May 26, 2009, Plaintiff ERODRIP USA, INC. (hereinafter "Plaintiff") applied for a default judgment against Defendant B & B DRIP IRRIGATION, INC. (hereinafter "Defendant"). Based on the Plaintiff's Application and the accompanying declaration, it appears that:

1. Defendant has failed to appear in this action by timely pleading or responding to, or otherwise defending against the Complaint in this action after being properly served with the Complaint. Accordingly, default was entered against Defendant under Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant is not a minor, an incompetent person, or a current member of the military service.

3. Defendant is not a foreign state or a political subdivision, agency, or instrumentality of a foreign state.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

25330/00003-1399317.v1

**[PROPOSED] DEFAULT JUDGMENT**

4. Defendant is indebted to Plaintiff based on the parties' contract as alleged in the Complaint in the amount of $188,000.78, consisting of a principal balance of $177,359.22 and accrued finance charges totaling $10,641.56.

Accordingly,

**IT IS ORDER** that **JUDGMENT** is hereby entered under Rule 55(b)(1) of the Federal Rules of Civil Procedure against Defendant in the amount of $188,000.78, consisting of a principal balance of $177,359.22 and accrued finance charges totaling $10,641.56, along with prejudgment interest in the amount of $ 1,802.73, accruing from April 21, 2009 at the legal rate of ten (10) percent per annum, and costs in the amount of $ 400.00, for a total judgment of $190,203.51.

DATE: 5/27/09

Victoria C. Minor

Clerk of the Court