UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURODRIP USA, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br>B & B DRIP IRRIGATION, INC.,<br>　　　　　Defendant. | 1:09-cv-00716-AWI-SMS<br><br>ORDER CONSTRUING COUNSEL'S DECLARATION AS A MOTION FOR RECONSIDERATION (Doc. 16)<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

　　　Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303.

　　　The Court has reviewed the declaration of Christopher Hall, and attached authorities pertaining to California procedural law, filed on June 1, 2009. The Court CONSTRUES the declaration as a motion for reconsideration of the Court's denial of Plaintiff's application for entry of default judgment by the Clerk.

　　　The motion for reconsideration IS DENIED pursuant to Fed. R. Civ. P. 55(b).

　　　Plaintiff may obtain a default judgment by application to
////

1

the Court upon motion filed in conformity with the Court's minute order of May 27, 2009, and all pertinent rules of court.

IT IS SO ORDERED.

DATED:     June 5, 2009

By     /s/ Sandra M. Snyder
SANDRA M. SNYDER
United States Magistrate Judge