**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EURODRIP USA, INC., a California corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>B&B DRIP IRRIGATION, INC.,<br><br>        Defendant. | NO. 1:09-CV-00716-AWI-SMS<br><br>JUDGMENT |

1. The findings and recommendations filed on July 31, 2009, are ADOPTED IN FULL; and

2. Plaintiff's motion for default judgment is GRANTED; and

3. The Clerk is DIRECTED to enter judgment in favor of Plaintiff Eurodrip USA, Inc., and against Defendant B&B Drip Irrigation, Inc., on all claims, for $188,000.78 in damages; $400.00 in costs; prejudgment interest at the rate of ten percent (10%) per annum to run beginning April 21, 2009, the date of the filing of the complaint, until the entry of judgment; and post-judgment interest at the federal rate pusuant to 28 U.S.C. § 1961, to be calculated "from the date of the entry of judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment."

1 | **Victoria C. Minor**
2 | Clerk of the Court
3
4
5 ENTERED: August 11, 2009
6
7 | By: /s/ O. Figueroa
8 | Deputy Clerk

2